**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONSHAY RIGGINS,**

     **Plaintiff,**

**v.**                                  **Case No. 4:26-cv-177-AW-MAC**

**NATIONAL CREDIT SYSTEMS, INC.,
et al.,**

     **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 7, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge